UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUDY DOE

        Plaintiff

  -vs-

MICHAEL L. PARSON et al

        Defendants

Docket No. 4:18-cv-00339

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Judy Doe hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order granting Defendants' motion to dismiss this action entered on February 21, 2019.

March 17, 2019

*/s/ W. James Mac Naughton*
W. James Mac Naughton
7 Fredon Marksboro Road
Newton, NJ 07860
732-634-3700 (o)
732-875-1250 (f)
wjm@wjmesq.com
Bar ID No. 701985NJ
Attorney for Plaintiff Judy Doe

## CERTIFICATE OF SERVICE

      W. James Mac Naughton certifies that I served this pleading on the persons listed below by ECF on the date of this pleading was filed.

Eric Schmitt
Attorney General
Deputy General Counsel
P.O. Box 899
Jefferson City, MO 65102
*Attorneys for Defendants*

                                        */s/ W. James Mac Naughton*
                                        W. James Mac Naughton

_____