UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDY DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18CV339   HEA |
| MICHAEL L. PARSON[1], et al., | ) ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order entered on the 21st day of February, 2019,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED.**

Dated this 18th day of March, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] Effective June 1, 2018, Michael L. Parson is the Governor of Missouri. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michael L. Parson should be substituted for Governor Eric R. Greitens as the defendant in this suit.