# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1578

Judy Doe

Appellant

v.

Michael L. Parson, Governor of the State of Missouri, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-00339-HEA)
_____

**MANDATE**

In accordance with the opinion and judgment of 06/09/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 22, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit