# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

September 25, 2020

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

     RE:  19-1578  Judy Doe v. Michael L. Parson, et al

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                               Michael E. Gans
                               Clerk of Court

BNW

Enclosure(s)

     District Court/Agency Case Number(s):   4:18-cv-00339-HEA

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 24, 2020

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Judy Doe
           v. Michael L. Parson, Governor of Missouri, et al.
           No. 20-385
           (Your No. 19-1578)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 16, 2020 and placed on the docket September 24, 2020 as No. 20-385.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst