# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**   Mr. Gregory J. Linhares

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   November 25, 2020

**RE:**   19-1578  Judy Doe v. Michael L. Parson, et al

   District Court/Agency Case Number(s):   4:18-cv-00339-HEA

_____

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


AMT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 23, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re:  Judy Doe
     v. Michael L. Parson, Governor of Missouri, et al.
     No. 20-385
     (Your No. 19-1578)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk